17557.   KERSH *v.* SAVANNAH ELECTRIC & POWER COMPANY.

BROYLES, C. J.  The petition, as finally amended and as in part deleted
   by special demurrers which were sustained (the judgment upon such
   demurrers not being excepted to), did not set out a cause of action;
   and as the last amendment to the petition did not conform to the
   previous ruling, not excepted to, stipulating that unless the petition,
   within a specified time, should be so amended as to meet specified rul-
   ings on the demurrers, the case would stand dismissed, the court did
   not err in striking the amendment and dismissing the case.
*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account*
   *of illness.*

                    DECIDED DECEMBER 14, 1926.

   Action for damages; from city court of Savannah—Judge Free-
man.  May 17, 1926.

   *Oliver & Oliver,* for plaintiff.

   *Lawrence & Abrahams,* for defendant.